REKSAL REALTY, INC., Respondent, v. ALPEN REALTY CORP., Appellant, et al., Defendants.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

STATEN ISLAND EDISON CORPORATION, Appellant, v. NEW YORK CITY HOUSING AUTHORITY et al., Respondents.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals granted. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See *ante*, p. 996.]

RALPH M. VERNI, as Administrator of the Estate of MICHAEL J. VERNI, Deceased, Appellant, v. EVALD JOHNSON, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See *ante*, p. 997.]